# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00512-CV

### In re Charlton L. Holmes Sr.

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

The petition for a writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a), (d).

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly, and Ellis

Filed:   June 30, 2026